# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE  19801

(302) 573-6470
(302) 573-6472 FAX

March 9, 2005

TO:     COUNSEL

RE:     AT&T Corp. V. Velocity Express Corp., et al.
        Civil Action No. 04-615 GMS

Dear Counsel:

This will confirm that the telephone conference scheduled for March 10, 2005, at 9:30 a.m.

is canceled.  Counsel are directed to contact chambers after the mediation scheduled for March 17,

2005, before  Magistrate Judge Thynge.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager