## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AT&T CORP.,                                      :
a New York corporation,                          :
                                                 :
                                                 :
            **Plaintiff,**                       :
    **vs.**                                      :
                                                 :            **C.A. No. 04-615 GMS**
                                                 :
VELOCITY EXPRESS CORPORATION, d/b/a :
VELOCITY EXPRESS INC., d/b/a U.S.               :
DELIVERY SERVICE and f/k/a                       :
UST DELIVERY SYSTEMS, INC., f/k/a                :
CORPORATE EXPRESS DELIVERY                       :
SYSTEMS, INC., f/k/a U.S. DELIVERY               :
SYSTEMS, INC., a Delaware corporation,           :
                                                 :
            **Defendant.**                       :

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to a settlement agreement by and between the parties hereto, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and with the approval of the Court that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the settlement agreement.

By:_____

David E. More (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tele: 302-984-6147
Fax: 302-658-1192
dmoore@potteranderson.com

By:_____

Herbert W. Mondros (#3308)
MARON AND MARVEL, P.A.
1300 North Broom Street
Wilmington, DE 19899
Tele: 302-425-5177
Fax: 302-425-0180
hwm@maronmarvel.com
*Attorneys for Defendant Velocity Express Corporation*

Paul R. Franke, III
William H. Eikenberry
MURRAY FRANKE GREENHOUSE LIST &
LIPPITT, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tele: 303-623-4500
Fax: 303-623-0960

*Attorneys for Plaintiff AT&T Corp.*

IT IS SO ORDERED this _____ day of _____ 2005.

_____
United States District Judge